**Fill in this information to identify the case:**

Debtor 1     Denise Thompson
_____

Debtor 2     _____
(Spouse, if filing)

United States Bankruptcy Court for the: _____ District of __MD__

Case number   19-21216
_____

Official Form 410S1
# Notice of Mortgage Payment Change      12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** RESIDENTIAL MORTGAGE LOAN TRUST I, U.S. BANK NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS LEGAL TITLE TRUSTEE

**Court claim no.** (if known): __3-1__

**Last 4 digits** of any number you use to identify the debtor's account:   2 5 4 5

**Date of payment change:**
Must be at least 21 days after date of this notice     03/01/21

**New total payment:**
Principal, interest, and escrow, if any     $ 936.96

### Part 1: Escrow Account Payment Adjustment

1. Will there be a change in the debtor's escrow account payment?

   ☐ No
   ☒ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____
   _____

   Current escrow payment: $ _____     New escrow payment: $ _____

### Part 2: Mortgage Payment Adjustment

2. Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?

   ☒ No
   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____
   _____

   Current interest rate:   2.00  %      New interest rate:   3.00  %

   Current principal and interest payment: $ 560.84      New principal and interest payment: $ 651.57

### Part 3: Other Payment Change

3. Will there be a change in the debtor's mortgage payment for a reason not listed above?

   ☒ No
   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
   (*Court approval may be required before the payment change can take effect.*)

   Reason for change: _____

   Current mortgage payment: $ _____      New mortgage payment: $ _____

Debtor 1 **Denise Thompson**
First Name   Middle Name   Last Name

Case number (*if known*) 19-21216

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

☒ /s/ Richard Postiglione
Signature

Date 01/18/21

Print: **Richard Postiglione**
First Name   Middle Name   Last Name

Title _____

Company **Friedman Vartolo LLP**

Address **1325 Franklin Avenue, Suite 160**
Number   Street

**Garden City**   **NY**   **11530**
City   State   ZIP Code

Contact phone **(212) 471-5100**

Email **bankruptcy@friedmanvartolo.com**



December 18, 2020

RICHARD J. HACKERMAN
3635 OLD COURT ROAD SUITE 208
BALITMORE, MD 21208


RE: Property Address: 1524 Ramblewood Rd, Baltimore MD 21239
    Loan Number: █████████

To Whom It May Concern:

This letter is being sent to you as our records indicate that you are the Debtor's Attorney for the above referenced mortgage loan. Enclosed please find a letter to our borrower(s).

Please forward this information to our customer immediately.

If you have any questions regarding this notice please contact our Customer Service Department at 1-866-882-8187 between the hours of 8:30am to 9:00pm, Monday through Friday ET.

Sincerely,

Loan Servicing
█████████████

321 Research Parkway, Suite 303, Meriden, CT 06450 • Phone (866) 882-8187 • Fax (443) 927-1243
cs@myloansupport.com
NMLS ID# 17022



ATTENTION TO ANY DEBTOR IN BANKRUPTCY OR WHO HAS RECEIVED A DISCHARGE IN BANKRUPTCY: This document is being sent for compliance and/or informational purposes only and is not an attempt to collect a debt or impose personal liability on the recipient except as permitted by law. Please be advised that this letter constitutes neither a demand for payment nor a notice of personal liability to any recipient hereof who has received a discharge of such debt in accordance with applicable bankruptcy laws or who is subject to the automatic stay of Section 362 of the U.S. Bankruptcy Code. Creditor retains its rights under its security instrument, including the right to foreclose its lien, and to send ordinary course of business communications pursuant to 11 USC 524(j).


Military Servicemembers and Dependents: The Servicemembers Civil Relief Act ("SCRA") and certain state laws provide important protections or benefits for eligible Servicemembers and their dependents, including protection from foreclosure during and after active duty, pursuant to governing law. Planet Home Lending, will comply with the SCRA for eligible Servicemembers and dependents, unless it receives a court order or a written waiver from the Servicemember.



December 18, 2020

David A Thompson Sr
Denise Thompson
1524 Ramblewood Rd
Baltimore, MD 21239

RE: Loan Number 

This notice is to inform you that due to your recent loan modification the current loan payment is going to change. This includes changes to your interest rate, as well as your monthly principal and interest portion of your payment. The new interest rate will be effective 03/01/21. The following changes will occur:

| | |
|---|---|
| New Interest Rate: | 3.00% |
| New P&I Amount: | $651.57 |
| Estimated Monthly Escrow Payment: | $285.39 |
| Estimated Monthly Payment: | $936.96 |
| Term of Payments: | 12 |

The new monthly payment will be effective with the 03/01/21 payment.

Please refer to your loan documents for specific information on your loan and retain this notice for your records.

If you have any questions regarding this notice, please contact our Customer Service Department at 1-866-882-8187, between the hours of 8:30 am to 9:00 pm, Monday through Friday Eastern Time.

Sincerely,


Special Loans Department

See reverse side (or next page) for important disclosures.

Page 1 of 2



ATTENTION TO ANY DEBTOR IN BANKRUPTCY OR WHO HAS RECEIVED A DISCHARGE IN BANKRUPTCY: This communication is being sent for compliance and/or informational purposes only, and is not an attempt to collect a debt or impose personal liability on the recipient except as permitted by law. Please be advised that this communication constitutes neither a demand for payment nor a notice of personal liability to any recipient hereof who has received a discharge of such debt in accordance with applicable bankruptcy laws or who is subject to the automatic stay of Section 362 of the U.S. Bankruptcy Code. Planet Home Lending, LLC retains its rights under its security instrument, including the right to foreclose its lien and to send ordinary course of business communications pursuant to 11 USC 524(j).

Military Servicemembers and Dependents: The Servicemembers Civil Relief Act ("SCRA") and certain state laws provide important protections or benefits for eligible Servicemembers and their dependents, including protection from foreclosure during and after active duty, pursuant to applicable law. Planet Home Lending, LLC will comply with the SCRA for for eligible Servicemembers and dependents, unless it receives a court order or a written waiver from the Servicemember.

Page 2 of 2

UNITED STATES BANKRUPTCY COURT

DISTRICT OF MARYLAND

------------------------------------------------------------X

IN RE:

Denise Thompson,

Debtor.

CASE NO.: 19-21216

CHAPTER: 13

HON. JUDGE.: David E. Rice

------------------------------------------------------------X

## CERTIFICATE OF SERVICE

On January 28, 2021, I caused to be served a true copy of the annexed **NOTICE OF MORTGAGE PAYMENT CHANGE by** mailing the same by First Class Mail in a sealed envelope, with postage prepaid thereon, in a post office or official depository of the U.S. Postal Service, addressed to the last known address of the addressee, and the property address as indicated on the attached Service List annexed hereto.

By: /s/Richard Postiglione

FRIEDMAN VARTOLO LLP
85 Broad Street, Suite 501
New York, New York 10004
T: (212) 471-5100
F: (212) 471-5150

<u>**SERVICE LIST**</u>

Denise Thompson
1524 RAMBLEWOOD ROAD
Baltimore, MD 21239
***Debtor***

Richard J. Hackerman
3635 Old Court Road
Suite 208
Baltimore, MD 21208
***Debtor's Attorney***

Rebecca A. Herr
Chapter 13 Trustee
185 Admiral Cochrane Dr.
Suite 240
Annapolis, MD 21401
***Trustee***